

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICKENSON MILBIN<br>　　Petitioner | § | |
| | § | CASE NO. 3:02CV2227 (JBA) |
| vs. | § | |
| JOHN ASHCROFT, ET AL.<br>　　Respondents. | § | |
| | § | |

DENIED as moot. It is SO ORDERED

Janet Bond Arterton, U.S.D.J.
New Haven, CT 12/2/03

Petitioner's Motion To Amend And Supplement His Writ Of Habeas Corpus Filed Pursuant to 28 USC § 2241

　　NOW COMES, Petitioner Rickenson Milbin, pro-se, and hereby respectfully moves this Honorable Court to amend and supplement his writ of habeas corpus to present the Court with additional facts which will support a grant of the instant habeas writ as follows:

　　Petitioner presents that he has exhausted the administrative remedies as required by the Court in response to the Government's position that he has not exhausted his administrative remedies. See BIA Decision of November 3, 2003, denying and dismissing Petitioner's appeal attached hereto as exhibit 1.

　　Petitioner further charges that the decision of the BIA in rejecting the Second Circuit Court's decision in **Chrzanoski v. Ashcroft**, 327 F.3d 188 (2nd Cir. 2003) amounts to a violation of the Equal Protection Law and comp of court. Petitioner attaches a copy of the **Chrzanoski v. Ashcroft**, decision cited as 327 F.3d 188 (2nd Cir. 2003). See exhibit 2.

-1-