UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RIKENSON MILBIN                          :
  Petitioner
    v.                                   :           CIVIL NO.  3:02CV 2227 (JBA)

JOHN ASHCROFT,
 ATTORNEY GENERAL                     :
CHRISTINE G. DAVIS
STEVEN FARQUHARSON
JOHN P. WEISS,                           :
JAMES W. ZIGLAR &
INS

## JUDGMENT

    This cause came on for consideration on the petitioner's Petition for Writ of Habeas Corpus  before the Honorable Janet Bond Arterton, United States District Judge.

    The Court has considered all of the papers filed in this action and on December 2, 2003,  a ruling  entered vacating the BIA's final order of removal.  Respondents are hereby directed to immediately release petitioner Rikenson Milbin from custody.

    Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the BIA's final order of removal is vacated and the petitioner Rikenson Milbin shall be immediately release from custody and the cases are closed.

    Dated at New Haven, Connecticut, this 2nd day of December, 2003.

                                                  KEVIN F.  ROWE, CLERK

EOD_____

                                             /S/_____
                                             Betty J. Torday
                                             Deputy Clerk