3:02CU2227
JBA

Rickenson Milbin
38 Dean Street
Stamford, CT. 06902

January 15, 2003

Honorable Janet Bond Artleton
United States District Judge
District of Connecticut
140 Church Street
New Haven, CT. 06510

PETITIONER'S  NOTICE OF CHANGE OF ADDRESS AND
REQUEST FOR COPY OF THE COURT'S LAST ORDER / DOCKET SHEET
MILBIN v. ASHCROFT, ___ CV ___ (JBA); INS No A41-056-483

Dear Judge Artleton:

I was recently released from Immigration Custody at FDC-Oakdale and I went home to my family now residing at 38 Dean St. Stamford, CT. 06902.

However, due to my change of address, I did not receive the Court's last Order granting my Petition.

To this end, I am respectfully moving this Honorable Court to change my address on the Court's record and send a copy of the Court's last Order as well as the docket sheet to me at the above address.

Thank you for your usual co-operation.

Respectfully Submitted
Rickenson Milbin